946

No. 905, Misc.  SMITH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 964, Misc.  SLIVA *v.* PENNSYLVANIA.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 976, Misc.  MARTINEZ *v.* UDALL, SECRETARY OF THE INTERIOR.  C. A. 10th Cir.  Certiorari denied.  *Bentley M. McMullin* for petitioner.  *Solicitor General Cox* and *Roger P. Marquis* for respondent.

No. 984, Misc.  BYARS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 997, Misc.  SOLOMON *v.* GILLIS, RECORDER'S COURT JUDGE.  Supreme Court of Michigan.  Certiorari denied.

No. 1006, Misc.  JOHNSON *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 504, Misc.  HEATH *v.* SMYTH, PENITENTIARY SUPERINTENDENT.  Motion to substitute W. K. Cunningham, Jr. in the place of W. F. Smyth, Jr. as the party respondent granted.  Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  Petitioner *pro se. Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.